UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  3:11-00083 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| [1] ZEESHAN KHALID SYED | ) | |
| a/k/a "SUNNY" | ) | |
| | ) | |
| [3] DANIEL MEDINA | ) | |
| | ) | |
| [9] JOSE AMADOR DE LA FUENTE | ) | |
| CORTINAS a/k/a "MAYO" | ) | |

*[Handwritten notation: Motion Granted. The hearing is set for November 5, 2012 at 3:30 pm. /s/ Judge 10-29-12]*

MOTION TO SET PLEA HEARINGS FOR THREE DEFENDANTS

The United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, respectfully requests this Court set dates for a plea hearings for the ten defendants listed in the caption above.

Counsel for defendants Zeeshan Syed, Daniel Medina, and Jose Amador de la Fuente Cortinas have advised the undersigned that those defendants intend to enter a guilty plea in this case. The United States therefore requests this Court set plea hearings for those three defendants not sooner than November 5, 2012, at this Court's convenience.

WHEREFORE, the United States respectfully requests that this Court set dates for the plea hearings for the three defendants not sooner than November 5, 2012, at this Court's convenience.